JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. SPENCER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>SITEONE LANDSCAPE SUPPLY, LLC, a Delaware limited liability company; and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 8:25-cv-02733-JWH-KES<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: November 5, 2025<br>Removal Filed: December 10, 2025<br>Trial Date: None<br>District Judge: Hon. John W. Holcomb<br>  Courtroom 9D, 9th FL, Santa Ana<br>Magistrate Judge: Hon. Karen E. Scott<br>  Courtroom 6D, Santa Ana |

Based on Defendants' Rule 68 Offer of Judgment and Plaintiff's acceptance of the same, and pursuant to the requirements of Rule 68 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. **JUDGMENT** is **ENTERED** for Plaintiff and against Defendant in the sum of one hundred seventy-five thousand dollars ($175,000), to be paid within 30 days of the entry of this judgment.

2. Plaintiff's individual claims are **DISMISSED with prejudice**.

3. Plaintiff's attorneys' fees and costs shall be determined by the Court pursuant to Rule 54 of Federal Rules of Civil Procedure upon appropriate motion by Plaintiff.

**IT IS SO ORDERED.**

Dated: January 21, 2026

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE